An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY LEE SMITH,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 62949

**FILED**

JUN 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DENYING PETITION*

This is a proper person petition for a writ of mandamus or prohibition. Petitioner seeks an order from this court dismissing the charges against him. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-17287

cc: Tony Lee Smith
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk